UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MLCSV10, L.L.C.<br>    Plaintiff<br><br>and<br><br>STATESIDE ENTERPRISES, INC.<br>    Plaintiff<br>v.<br><br>HANOVER LLOYDS INSURANCE COMPANY; THE HANOVER INSURANCE COMPANY; THE HANOVER AMERICAN INSURANCE COMPANY; MASSACHUSETTS BAY INSURANCE COMPANY; and HARTFORD STEAM BOILER INSPECTION AND INSURANCE COMPANY<br>    Defendants | § § § § § § § § § § § § § § § § § §<br><br>CIVIL ACTION NO. 4:10-cv-4186<br><br>JURY DEMANDED |

## ORDER

**CONSIDERING** The Hanover Defendants' Unopposed Motion for Leave of Court to File their First Amended Answer to Plaintiff, MLCSV10, L.L.C.'s Original Complaint;

**IT IS HEREBY ORDERED** that the motion is GRANTED and that the Hanover Defendants are granted leave to file their First Amended Answer.

Houston, Texas, this 25th day of May, 2011.

_____
JUDGE

PD.5148076.1